THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LISA RENEE BENJAMIN :
 :
 Plaintiff, :
v. : 3:17-CV-1698
 : (JUDGE MARIANI)
NANCY BERRYHILL, :
ACTING COMMISSIONER OF :
SOCIAL SECURITY, :
 :
 Defendant. :

## ORDER

AND NOW, THIS 20th DAY OF NOVEMBER, 2018, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons discussed therein.
2. Plaintiff's Appeal is **DENIED**.
3. The Commissioner of Social Security's decision is **AFFIRMED**.
4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge